BB 2026R00312

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

UNITED STATES OF AMERICA

v.

SHEIKHDOON ABDULLAHI MOHAMUD

Case No. 26-mj-760 (ECW)

## CRIMINAL COMPLAINT

I, Keegan Rupenthal, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

COUNT 1: On or about October 6, 2026, in Hennepin County, in the State and District of Minnesota, and elsewhere, the defendant, SHEIKHDOON ABDULLAHI MOHAMUD, knowingly received a firearm and ammunition, to wit: a Norinco AK-47 assault rifle, model Mac-90 Sporter, with serial number 94145360, and approximately 200 live rounds of 7.62x39-caliber ammunition, knowing or having reasonable cause to believe that such firearm and ammunition will be used to commit a felony and a Federal crime of terrorism, including Providing, Attempting to Provide, and Conspiring to Provide Material Support or Resources to a Designated Foreign Terrorist Organization, in contravention to Title 18, United States Code, Section 2339B, all in violation of Title 18, United States Code, Section 924(h).

I further state that I am a sworn and licensed federal Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT OF SA KEEGAN RUPENTHAL IN SUPPORT OF CRIMINAL COMPLAINT

Continued on the attached sheet and made a part hereof: ☒Yes ☐ No

Keegan Rupenthal

*Complainant's signature*

Keegan Rupenthal, Special Agent, FBI

*Printed name and title*

SUBSCRIBED and SWORN before me, by reliable electronic means via FaceTime and email, pursuant to Fed. R. Crim. P. 41(d)(3),

Date: October 7, 2026

*Judge's signature*

City and state: Saint Paul, Minnesota

Elizabeth Cowan Wright, U.S. Magistrate Judge

*Printed name and title*