**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: DULCE J. FOSTER |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 26-mj-760 (ECW) |
| | ) | Date: October 19, 2026 |
| Sheikhdoon Abdullahi Mohamud, | ) | Court Reporter: Rachel Braun |
| | ) | Courthouse: Minneapolis |
| Defendant. | ) | Courtroom: 8E |
| | ) | Time Commenced: 10:06 a.m. |
| | ) | Time Concluded: 12:16 p.m. |
| | ) | Time in Court: 2 hours 10 minutes |

X **PRELIMINARY HEARING** X **DETENTION HEARING**

Time in Court Prelim/Detention: 1 hour 52 minutes / 18 minutes

APPEARANCES:

Plaintiff: Benjamin Bejar, Assistant U.S. Attorney
Defendant: Manvir Atwal and Siri Carlson McDowell
X FPD

On X Complaint

X Defendant Ordered Detained. Government to submit proposed order.

X Probable cause found. Defendant bound over to District Court of Minnesota.

Additional Information:
Government Exhibits 1-13 admitted for purposes of this hearing.
Keegan Rupenthal testified.

*s/coo*
Signature of Courtroom Deputy